FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Carlos Roman<br><br>    Defendant. | Case No.: 04-504-ODW-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of allegation + lack of background

1  information

4  and/or

5  B.  (✓) The defendant has not met his/~~her~~ burden of establishing by
6     clear and convincing evidence that he/~~she~~ is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: _allegation of drug use + alleged violations; and_
10    _criminal history_

14    IT THEREFORE IS ORDERED that the defendant be detained pending
15    the further revocation proceedings.

17  Dated: 6/11/12

                                        _Carla M. Woehrle_
                                        CARLA M. WOEHRLE
                                        UNITES STATES MAGISTRATE JUDGE